```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

CARLOS ENRIQUE GONZALEZ

　　　　Plaintiff,

-versus-

PAN PARTNERS INC. (DBA RICK'S CLUBAMERICAN),
NICK ROSA, PETER IANNIELLO
And ANTHONY FERRANTE, *Defendants*.
　　Defendants.
———————————————————————x

**JUDGMENT PURSUANT TO RULE 68**

7:23-cv-04789-NSR

Gonzalez v. Pan Partners Inc

**WHEREAS,** on June 7, 2023, Plaintiff Gonzalez filed this action alleging violations of the Fair Labor Standards Act.

**WHEREAS,** on December 6, 2023, pursuant to Fed. R. Civ. P. 68, the defendants served on the plaintiffs an Offer of Judgment in favor of Plaintiff Gonzalez and

**WHEREAS,** on August 21, 2023, Plaintiff Gonzalez accepted the defendant's offer

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Defendants shall pay Plaintiff Gonzalez the total sum of Fifteen Thousand Dollars and No Cents ($15,000.00) including attorneys' fees, expenses, and costs to the date of the offer, pursuant to the Rule 68 Offer of Judgment.

2. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff Gonzalez may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of Defendants or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

3. The offer of judgment was made for the purposes specified in Rule 68

of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any defendant, or an official, employee, or agent of the Defendants, or any agency thereof; nor is it an admission that Plaintiff Gonzalez has suffered any damages.

    4.    Acceptance of the offer of judgment has acted to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the Defendants, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Gonzalez in the above-referenced action. Acceptance of the offer of judgment has waived Plaintiff Gonzalez's rights to any claim for interest on the amount of the judgment.

SO ORDERED

Dated: December 12, 2023
       White Plains, NY

_____
Nelson S. Román
United States District Judge